UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                         No.   25-CR-376-LTS

MALIK GRIFFITH,

        Defendant.

-------------------------------------------------------x

## Order

The initial pre-trial conference in this case is scheduled to proceed on **September 4, 2025, at 3:00 PM** in Courtroom 17C.

       SO ORDERED.

Dated: New York, New York
         August 27, 2025

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge