UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                              No. 25-CR-376-LTS

MALIK GRIFFITH,                                       ORDER

        Defendant.

-------------------------------------------------------x

The initial pre-trial conference in this case is re-scheduled to **September 4, 2025, at 12:00 PM** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York                   /s/ Laura Taylor Swain_____
       September 3, 2025                      LAURA TAYLOR SWAIN
                                                    Chief United States District Judge