**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

November 24, 2025

<u>**Via ECF**</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## **MEMO ENDORSED**

Re:   <u>United States v. Malik Griffith</u>
        **25 Cr. 376 (LTS)**

Dear Chief Judge Swain,

    I write to respectfully request an approximately 30-day adjournment of the December 2, 2025 status conference in the above-captioned matter. This is the defense's first request for an adjournment. The government objects to this request and would prefer to appear as scheduled.

    Mr. Griffith was charged in connection with this matter in late August 2025, more than 21 months after the events alleged in the indictment. Since the parties' initial appearance before the Court on September 4, 2025, the government has produced disclosure material to the defense, including certain materials for which defense counsel requires outside technical expertise to understand and investigate. The parties have also recently commenced conversations regarding a potential pre-trial disposition.

    So that the defense can complete its review and analysis of the government's disclosure material, and so that the parties may continue their conversations regarding a potential pre-trial resolution, either of which might obviate the need for pre-trial motion practice, the defense respectfully requests an approximately 30-day adjournment of the December 2, 2025 conference.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **January 7, 2026, at 11am**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through January 7, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#12 is resolved.
SO ORDERED.
11/24/2025
/s/ Laura Taylor Swain, Chief USDJ