UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                    :

   UNITED STATES OF AMERICA      :     **ORDER**

                                    :

         - v. -              :     25 Cr. 376 (LTS)

                                    :

   MALIK GRIFFITH,            :

                                    :

       Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

The Court has received a request from JAY CLAYTON, United States Attorney for the Southern District of New York, by Assistant United States Attorney Ryan W. Allison, to adjourn the pretrial conference currently scheduled for January 7, 2026, at 11:00 a.m., to January 13, 2026, at 2:30 p.m., and to exclude the time period from January 7, 2026, through and including January 13, 2026, from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). Time was previously excluded in this matter under the Speedy Trial Act through January 7, 2026.

The Government seeks the exclusion of the foregoing period in the interest of justice to allow defense counsel sufficient time to review discovery and prepare motions, and to allow the parties to discuss a disposition without the need for trial.

Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the pretrial conference currently scheduled for January 7, 2026, at 11:00 a.m., is adjourned to January 13, 2026, at 2:30 p.m.; and it is further

ORDERED that the time between January 7, 2026, through and including January 13, 2026, shall be excluded from the computation of the time period within which trial of the charges against the defendants must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C.

§ 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and

outweighs the interest of the public and the defendants in a speedy trial.

Dated: New York, New York
    ~~December __, 2025~~

    January 5, 2026

DE # 14 is hereby resolved.

SO ORDERED.

/s/ Laura Taylor Swain, Chief USDJ

_____

THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK