UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.

MALIK GRIFFITH,

        Defendant.

25 Cr. 376 (LTS)



## [PROPOSED] DETENTION ORDER

WHEREAS on March 31, 2026, the defendant MALIK GRIFFITH pleaded guilty to a lesser-included offense of Count Three of the Indictment, which charged him with violating 18 U.S.C. § 924(c)(1)(A)(i) and (2);

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3143(a), that pending the Court's imposition of sentence in the above-captioned matter, the defendant MALIK GRIFFITH (Fed. Reg. No. 04820-512) is remanded to the custody of the United States Marshals Service.

Dated:      New York, New York
            March 31, 2026

                    THE HONORABLE LAURA TAYLOR SWAIN
                    CHIEF UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF NEW YORK